**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------X

In the Matter of S.D. an infant, by His Mother and
Natural Guardian, NINA DERVISEVIC,

                             Plaintiffs,

            -against-

PLAYA HOTELS AND RESORTS, B.V., PLAYA
RESORTS MANAGEMENT, HYATT HOTELS
CORPORATION, and HYATT FRANCHISING LATIN
AMERICA, LLC

                          Defendants.

CIVIL ACTION NO.:
1:17-cv-05076-JBW-RLM

**RULE 7.1 STATEMENT**

AUGUST 30, 2017

------------------------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Hyatt Franchising Latin America, L.L.C. hereby discloses that its indirect parent corporation is Hyatt Hotels Corporation, a publicly held company that trades under the symbol "H" on the New York Stock Exchange. No other publicly held company owns 10 percent or more of Hyatt Franchising Latin America, L.L.C.'s stock.

Dated: New York, New York
       August 30, 2017

                                   **CLAUSEN MILLER P.C.**

By: _____
                                 Carl M. Perri, Esq.
                                 *Attorneys for Defendants*
                                 28 Liberty Street, 39th Floor
                                 New York, New York 10005
                                 (212) 805-3900
                                 File No: 27-8871-00-9

432341.1

**CERTIFICATE OF SERVICE**

I certify that on the 30th day of August 2017, I caused a true and correct copy of the foregoing RULE 7.1 STATEMENT to be served via U.S. Mail postage prepaid, on the following:

Jonathan Goidel, Esq.
Farimah S. Ghaffari, Esq.
Goidel & Siegel LLP
56 West 45th Street, 3rd Floor
New York, NY 10036

_____
Carl M. Perri

432341.1